```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
Zim American Integrated Shipping Services Co., LLC,      :
:                       20-cv-6702 (AJN)
Plaintiff,       :
:                          ORDER
-v-                                  :
:
Fauzan Razzan,                                          :
:
Defendant.        :
:
-----------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the post-discovery conference in this case in person.  Counsel should submit a joint status letter on ECF **no later than seven days prior to the scheduled conference**.  The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

      If the parties indicate that they can do without a conference, the conference will be cancelled.  If a conference is held, it will be by telephone.  The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: April 26, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge