USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zin American Integrated Shipping Services Co., LLC

            Plaintiff,

     –v–

Fauzan Razzaq,

            Defendant.

20-cv-6702 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Plaintiff's letter regarding whether this case should be stayed in light of Defendant's Chapter 7 bankruptcy petition. Dkt. No. 29. Plaintiff agrees that the case should be stayed as to Defendant Razzaq but argues that the entire case need not be stayed because there is a "corporate defendant, Century International M & A, Inc." *Id.*

      However, Century International M & A, Inc. is not named as a separate defendant in Plaintiff's complaint. *See* Dkt. No. 1. Moreover, Plaintiff's affidavit in support of its motion for summary judgment appears to contradict counsel's September 14 letter asserting Century as a separate corporate defendant. *See* Dkt. No. 23-1 ¶ 3 ("Upon information and belief, Defendant has been operating without the benefit or protection of a corporate charter since 2014, making Razzaq personally liable for the charges as a proprietor of an unincorporated business entity.").

      Accordingly, the Court ORDERS Plaintiff's counsel to file a letter on or before October 8, 2021 stating the factual basis for its representation to the Court in its September 14 letter that "there is a corporation, Century International M & A, Inc. named as a defendant." Dkt. No. 29 at 1.

SO ORDERED.

Dated: October 1, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge