UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21
```

Zin American Integrated Shipping Services Co., LLC

                      Plaintiff,

–v–

Fauzan Razzaq,

                      Defendant.

20-cv-6702 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiff's letter in response to this Court's order dated October 1, 2021.  *See* Dkt. No. 31.  The Court hereby GRANTS leave to file an amended complaint to name Century International M & A Inc. as a corporate defendant to this action if there is a non-frivolous basis for doing so.  Plaintiff must file and serve its amended complaint on or before October 20, 2021.  An affidavit of service must be filed on the docket by that same date. On October 21, 2021, the Court will either stay the case in its entirety (if Plaintiff fails to file its amended complaint), or, stay the case as to individual Defendant Razzaq and allow the case to proceed as to the newly named corporate defendant (if Plaintiff files an amended complaint naming Century International as a corporate defendant).  *See* 11 U.S.C. § 362(a).

    SO ORDERED.

Dated: October 5, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge