UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2021
```

Zin American Integrated Shipping Services, Co., LLC,

        Plaintiff,

    –v–

Century International M & A, Inc.,

        Defendant.

20-cv-6702 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Amended Complaint, the Court administratively DENIES Plaintiff's motion for summary judgment.

    This resolves Dkt. No. 23.

    SO ORDERED.

Dated: October 25, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge