UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

Zin American Integrated Shipping Services, Co., LLC,

     Plaintiff,

    –v–

Century International M & A, Inc.,

     Defendant.

20-cv-6702 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The Court is in receipt of Plaintiff's amended complaint. Dkt. No. 34. The parties are hereby ORDERED to file a revised Proposed Civil Case Management Plan and Scheduling Order within 90 days of this Order.

  SO ORDERED.

Dated: October 25, 2021
   New York, New York

_____
ALISON J. NATHAN
United States District Judge