UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ZIM AMERICAN INTEGRATED SHIPPING SERVICES, CO., LLC,<br><br>      *Plaintiff*,<br><br>    v.<br><br>CENTURY INTERNATIONAL M & A, INC.,<br><br>      *Defendant*. | 20-CV-6702 (PAC)<br><br>**DEFAULT JUDGMENT** |

  The Court hereby GRANTS Plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b). The Defendant has failed to answer the Amended Complaint or otherwise appear in the action since the Amended Complaint was served. It is hereby ORDERED that the Plaintiff have judgment against Defendant, in the amount of $4,748,921.00, plus costs and disbursements of this action.

Dated: New York, New York
   July 28, 2022

SO ORDERED

*/s/ Paul A. Crotty*
HONORABLE PAUL A. CROTTY
United States District Judge